

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00087-CV

**Cody Texas, L.P.**,
Appellant

v.

**BPL Exploration, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,097
Honorable Jose A. Lopez, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We **order** that appellee, BPL Exploration, Ltd., recover its costs of this appeal from appellant, Cody Texas, L.P.

It is so **ORDERED** on April 30, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle, Clerk